**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.

**TRANORRIS JACKSON**

_____
**Date of Original Judgment: March 17, 2020**

Case Number. 2:18-cr-179-FtM-38NPM

USM Number: 71520-018

Susan Shatz, CJA
7047 E. Brandywine Circle
Fort Myers, Fl 33919

# AMENDED[1]
## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation

The defendant admitted guilt to the following violation conditions: Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, and Nineteen of the term of Probation. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Failure to Comply with the home detention program in violation of the special condition. | August 17, 2019 |
| Three | Failure to notify within 72 hours of unanticipated employment changes in violation of condition seven of the standard conditions of supervision. | November 2, 2019 |
| Four | Failure to answer truthfully in violation of condition four of the standard conditions of supervision. | December 2, 2019 |
| Five | Failure to comply with the home detention program in violation of the special condition. | October 31, 2019 |
| Six | Failure to comply with the home detention program in violation of the special condition. | October 1, 2019 |
| Seven | Failure to comply with the home detention program in violation of the special condition. | November 6, 2019 |
| Eight | Failure to comply with the home detention program in violation of the special condition. | November 7, 2019 |
| Nine | Failure to comply with the home detention program in violation of the special condition. | November 8, 2019 |
| Ten | Failure to comply with the home detention program in violation of the special condition. | November 11, 2019 |
| Eleven | Failure to comply with the home detention program in violation of the special condition. | November 15, 2019 |
| Twelve | Failure to comply with the home detention program in violation of the special condition. | November 18, 2019 |

---

[1] **Amended only to correct the Restitution amount on page 7 of original judgment (Doc. 88), correctly listing the amount of $1,300.00 in the Restitution column and removing this amount from the JVTA Assessment column; the assessment now accurately reflects $0.00.**

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocation

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

| | | |
|---|---|---|
| Thirteen | Failure to comply with the home detention program in violation of the special condition. | November 19, 2019 |
| Fourteen | Failure to comply with the home detention program in violation of the special condition. | November 21, 2019 |
| Fifteen | Failure to comply with the home detention program in violation of the special condition. | November 22, 2019 |
| Sixteen | Failure to comply with the home detention program in violation of the special condition. | November 24, 2019 |
| Seventeen | Failure to comply with the home detention program in violation of the special condition. | November 25, 2019 |
| Eighteen | Failure to comply with the home detention program in violation of the special condition. | November 27, 2019 |
| Nineteen | Failure to comply with the home detention program in violation of the special condition. | November 29, 2019 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

March 13, 2020

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

August 31, 2020

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8-MONTHS, such term shall run consecutive to any term imposed in United States District Court, Case: 5:19cr45, out of Middle District of Georgia**.

The Court makes the following recommendation to the Bureau of Prisons:

- **Incarceration in a facility close to home (Tampa, Florida).**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocation

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **2-YEARS**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5. You must notify the Court of any material change to your economic circumstances that might affect your ability to pay restitution, fins, or special assessments.
6. You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature:_____     Date:_____

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocation

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

# ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall participate in a mental health treatment program for anger management and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

4. You shall provide the probation officer access to any requested financial information.

5. The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

6. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

7. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

**Tranorris Jackson**
**2:18-cr-179-FtM-38NPM**

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment[2]** | **JVTA Assessment[3]** |
|---|---|---|---|---|---|
| **TOTALS** | $0.00 | $1,300.00 | $0.00 | $0.00 | $0.00 |

Defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If Defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss[4]** | **Restitution Ordered** |
|---|---|---|
| Target Store<br>9350 Dynasty Drive<br>Fort Myers, Florida 33905 | $500.00 | $500.00 |
| Target Store<br>4271 Tamiami Trail<br>Venice, Florida 34293 | $400.00 | $400.00 |
| Target Store<br>8040 Mediterranean Drive<br>Estero, Florida 33928 | $400.00 | $400.00 |

# SCHEDULE OF PAYMENTS

**The Defendant shall make monthly restitution payments in the amount of $100.00 each month.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

---

[2] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[3] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[4] Findings for the total amount of losses are required under Chapters 109A, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocation